1. FERNANDO HERNANDEZ GONZALEZ
2. GELACIO MATURANO RODRIGUEZ
3. FEDERAL REGISTRATION NO. #11303-002
4. PO BOX 7001   UNIT A3C
5. TAFT, CA 93268-7001
6.
7. ATTORNEY FOR DEFENDANT:
8. FERNANDO HERNANDEZ GONZALEZ
9. GELACIO MATURANO RODRIGUEZ
10.
11. IN PROPRIA PERSONA
12. IN PRO PER
13.
14. MARCH 17, 2006
15.
16.              IN THE UNITED STATES DISTRICT COURT
17.              FOR THE MIDDLE DISTRICT OF ALABAMA
18.                        NORTHERN DIVISION
19.
20. UNITED STATES OF AMERICA,    )   FEDERAL CRIMINAL CASE NO.
        PLAINTIFF,               )   CR. NO. 03-0231-N
21.                              )   CASE: CR-00231-WHA-SRW
                                 )
22. v.                           )   DECLARATION; MEMORANDUM;
                                 )   PETITION; NOTICE OF MOTION
23.                              )
                                 )
24. GELACIO MATURANO RODRIGUEZ,  )
              DEFENDANT.         )
25.
26. BEITKNOWN TO ALL MEN, THE UNITED STATES ATTORNEY AND THIS HONORABLE COURT
27. AS TO THESE PRESENTS, AS FOLLOWS:
28. I, Fernando Hernandez Gonzalez/Gelacio Maturano Rodriguez, the undersigned,

- 1. -

Received stamp: RECEIVED 2006 MAR 27 A 10:10 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

Handwritten: 2:07CV343 - WHA

UNITED STATES OF AMERICA v. GELACIO MATURANO RODRIGUEZ

MARCH 17, 2006; NOTICE; DECLARATION; et. AL.; CONTINUED; PAGE 2.

hereby declare, state and/or otherwise affirm the following:

1. My name is Fernando Hernandez Gonzalez/Gelacio Maturano Rodriguez. My Federal Registration Number is: 11303-002

2. I am currently incarcerated, serving a term of imprisonment under the direction, care, custody and control of the Attorney General of the United States.

3. My address is as follows:

   Fernando Hernandez Gonzalez
   Gelacio Maturano Rodriguez
   Federal Registration Number: #11303-002
   Taft Correctional Institution
   PO Box 7001   Unit A3C
   Taft, CA 93268-7001

4. Almost one (1) year has passed since the date of my sentencing, (March 21, 2005), and I want to: (a.) Express and articulate my thoughts to the Court; (b.) Petition the Court for Appropriate Relief; and (c.) Notice the Court, appropriately.

5. I continue to face tremendous language barriers with the English language.

UNITED STATES OF AMERICA  v.  GELACIO MATURANO RODRIGUEZ

MARCH 17, 2006; NOTICE; DECLARATION; et. AL.; CONTINUED; PAGE 3.

6. As I am <u>not</u> fluent/conversant in said English, I am trying to collect and distill my thoughts, have them translated and communicate same to the Court.

7. My Prayer is that the Court shall find favor in permitting me to Supplement and Amend my Petition and/or my Motion.

FURTHER AFFIANCE SAYETH NOT.

I MAKE THIS DECLARATION under penalty of perjury under the laws of the State of California. EXECUTED at the Taft Correctional Institution, in Taft, California, on the day and date first-stated immediately hereinbelow. IN WITNESS WHEREOF, I set my hand and seal.

Dated: March 17, 2006          By: *Fernando Hernandez G/cz*
                                   Fernando Hernandez Gonzalez
                                   Gelacio Maturano Rodriguez


                               <u>Respectfully Submitted</u>

- 3. -

# CERTIFICATE OF SERVICE

I, __Adrian Lopez_____ hereby certify that I have served a true and correct copy of the following:

    FEDERAL CRIMINAL CASE NO.  CR-03-0231-N

    CASE NO.  CR-00231-WHA-SRW

    DECLARATION; MEMORANDUM;

    PETITION; NOTICE OF MOTION

Which is deemed filed at the time it was deposited in Taft Correctional Institution's internal mail system, since TCI has no separate system designed for legal mail, in accordance with Rule 4, Federal Rules of Appellate Procedure and Houston V. Lack, 108 S. Ct. 2379 (1988), by placing same in a sealed, first class postage prepaid envelope addressed to :

    Terry Moorer, AUSA
    Off. of the US Atty
    One Square Court, Ste 201
    Montgomery, AL 36104

and depositing same in the institution mail box at Taft Correctional Institution at Taft, California.

I declare, under penalty of perjury (Title 28 U.S.C.  1746), That the foregoing is true and correct.

Dated this __17th__ day of __March_____, __2006____.

                                                           Adrian Lopez