IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GELACIO MATURANO RODRIGUEZ, ) ) ) | |
| Petitioner, ) ) | Civil Action No. 2:07cv343-WHA |
| v. ) ) | |
| UNITED STATES OF AMERICA, ) ) | |
| Respondent. ) | |

**O R D E R**

On April 16, 2007, Gelacio Maturano Rodriguez, a federal inmate, filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 in which he challenges his conviction and the sentence imposed upon him in 2005 for conspiracy to distribute and possess with the intent to distribute a mixture or substance containing methamphetamine.[1] Upon review of Rodriguez's motion, the undersigned concludes that a limited response from the government is necessary at this time. Accordingly, the CLERK is hereby DIRECTED to serve a copy of Rodriguez's § 2255 motion upon the United States Attorney for the Middle District of Alabama. The United States Attorney is

---

[1] Although Rodriguez's motion was stamped "received" in this court on April 23, 2007, under the "mailbox rule," the court deems his motion filed on the date he delivered it to prison authorities for mailing, presumptively, April 16, 2007, the day that he signed it. *See Houston v. Lack*, 487 U.S. 266, 271-72 (1988); *Washington v. United States*, 243 F.3d 1299, 1301 (11th Cir. 2001).

ORDERED to file a response to Rodriguez's motion within thirty (30) days from the date of this order addressing the applicability of the one-year period of limitation in this case pursuant to the provisions contained in 28 U.S.C. § 2255.

The government is advised that its response should contain a detailed procedural history, all relevant records, and citations to applicable case law necessary for the court to determine the applicability of the limitation period contained in 28 U.S.C. § 2255. Should the government's response to the instant order indicate that this case must proceed on the merits, the government will be given an adequate opportunity to file a response addressing all claims presented in Rodriguez's § 2255 motion.

Done this 25th day of April, 2007.

                                                      /s/Susan Russ Walker
                                               Susan Russ Walker
                                               UNITED STATES MAGISTRATE JUDGE