UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

GELACIO MATURANO RODRIGUEZ, )
)
Petitioner, )
)
vs. ) Civil Action No. 2:07cv343-WHA (WO)
)
UNITED STATES OF AMERICA, )
)
Respondent. )
)

**FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITIONER'S TRAVERSE TO THE GOVERNMENT'S RESPONSE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Petitioner, Gelacio Maturano Rodriguez, hereby moves for a thirty-day extension of time to file petitioner's traverse to the government's response to his § 2255 motion. Here, as the government has filed its response, (Doc. No. 4) addressing the applicability of the period of limitation to the motion to vacate under 28 U.S.C. § 2255 that was filed by petitioner. The Government has failed to serve its response to petitioner which he is unable to traverse properly as he do not know what it is the government's position. See Fed.R.Civ.P. 5(b).

Because of the difficulties in contacting Assistant U.S. Attorneys, undersigned petitioner primarily respsonsible for this case did not contact Respondent to determine its position on this motion. Undersigned petitioner has intended to file the traverse to the government's response on time, utilizing all his necessary recourses to finalize the motion and evidence to sustain his claim. However, undersigned petitioner it is unable to response properly due that he do not know what is the government's position in relation to his § 2255 motion regarding a timeliness of his motion.

Additionally, due to petitioner status to be incarcerated and therefore limited as to his recourses to gather by other means the government's response, petitioner's requests is legitimate and necessary. This request should not be construed as an attempted delay but a necessary extension in the interest of justice. Also, the government will not been prejudiced for the thirty-day extension in which petitioner will be filing his traverse. Due that it was the government's inadvertance for not serving to petitioner its response.

WHEREFORE, premises considered petitioner prays that this Honorable Court grants petitioner a thirty-days extension to traverse to the government's response to his § 2255 motion and also to order the government to provide a copy of its response to petitioner as required by the rules.

Respectfully submitted,

*Maturano Gelacio Rguez*
Gelacio Maturano Rodriguez
Reg. 11303-002
P.O. Box 7001/A3C
Taft, California 93268

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been mailed this 21st day of June, 2007, through regular United States Mail with sufficient postage affixed to ensure delivery, to Terry Moorer, Assistant U.S. Attorney, One Square Court, Suite 201, Montgomery, Alabama 36104, and deposited same in the institution mail box at Taft Correctional Institution at Taft, California.

By: *Maturano Gelacio Rguez*
Gelacio Maturano Rodriguez
Petitioner

3

Gelacio Maturano Rodriguez
Reg. 11303-002
P.O. Box 7001/A3C
Taft, California 93268

Clerk of Court
United States District Court
Middle District of Alabama
One Church Street, B-110
P.O. Box 711
Montgomery, Alabama 36104