IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GELACIO MATURANO RODRIGUEZ, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) Civil Action No. 2:07cv343-WHA ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of the petitioner's "Motion for Extension of Time" (Doc. No. 6), in which the petitioner maintains, *inter alia*, that he has not received a copy of the government's response to his 28 U.S.C. § 2255 motion, and for good cause, it is

ORDERED that the "Motion for Extension of Time" be and is hereby GRANTED. It is further

ORDERED that the petitioner be GRANTED an extension from June 27, 2007, to and including July 27, 2007, to show cause why his 28 U.S.C. § 2255 motion should not be dismissed as it was not filed within the one-year limitation period established by the AEDPA in compliance with this court's order entered on June 5, 2007.

Furthermore, and in the interest of judicial economy, the CLERK is DIRECTED to provide the petitioner with a copy of the government's response (Doc. No. 4) filed in this court on May 24, 2007.

Done this 2nd day of July, 2007.

                    /s/Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE