IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GELACIO MATURANO RODRIGUEZ, | ) ) | |
| Petitioner, | ) | |
| vs. | ) ) | CASE NO. 2:07cv343-WHA (CR NO. 2:03-cr-00231-WHA-SRW-4) |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States of America, Defendant in the above-captioned matter, by and through, Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the June 12, 2007, Order of this Court, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

X    This party is a governmental entity, or

X    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported: None.

Respectfully submitted this 14th day of December, 2007.

                    LEURA G. CANARY
                    UNITED STATES ATTORNEY

                    /s/ Matthew W. Shepherd
                    MATTHEW W. SHEPHERD
                    Assistant United States Attorney
                    Post Office Box 197
                    Montgomery, Alabama 36101-0197
                    (334) 223-7280
                    (334) 223-7135 fax
                    matthew.shepherd@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GELACIO MATURANO RODRIGUEZ, | ) ) ) | |
| Defendant/Movant, | ) ) | |
| vs. | ) ) | CASE NO. 2:07cv343-WHA (CR NO. 2:03-cr-00231-WHA-SRW-4) |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participant: Gelacio Maturano Rodriguez, #11303-002, Taft Correctional Institute, P.O. Box 7001, Taft, CA 93268-7001.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
Matthew W. Shepherd
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7135 fax
matthew.shepherd@usdoj.gov

3